IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE V. JACKSON, | No. C 10-05810 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| R. SHELLBARGER, | |
| Defendant. | |

Plaintiff, a California inmate, filed the instant civil rights complaint in pro se pursuant to 42 U.S.C. § 1983. On March 18, 2011, the Court dismissed the complaint with leave to amend to correct several deficiencies therein. (See Docket No. 9.) Plaintiff's amended complaint was due within thirty days for the Court's order, *i.e.*, no later than April 17, 2011. (Id.) The Court advised Plaintiff that if he failed to file an amended complaint in the time provided, the Court would dismiss this action without further notice to Plaintiff. (See id. at 3.)

The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

DATED: May 18, 2011

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW V. JACKSON,<br><br>       Plaintiff,<br><br>   v.<br><br>R. SHELLBARGER,<br><br>       Defendant.                              / | Case Number: CV10-05810 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/18/2011 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre V. Jackson E-63886
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated:  5/18/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk